IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–03363–CMA–KMT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DANIEL DIRK CODDINGTON,
MICHAEL B. COLUMBIA,
JESSE W. ERWIN, JR.,
MERLYN CURT GEISLER,
MARSHALL D. GUNN, JR., CPA,
SETH A. LEYTON,
LEWIS P. MALOUF,
EXTREME CAPITAL, LTD.,
FIDELITY ASSET SERVICES, CORP.,
GEISCO FNF, LLC,
GOLDEN SUMMIT INVESTORS GROUP, LTD.,
SOUTHCOM MANAGEMENT, LLC, and
STONEROCK CAPITAL GROUP, LLC,

    Defendants, and

DANIEL SCOTT CODDINGTON,
CODDINGTON FAMILY TRUST,
JOANNA I. COLUMBIA ALSO KNOWN AS JOANNA I. ORNOWSKA,
VINCENT G. FARRIS, and
VINCENT G. FARRIS CO., L.P.A.,

    Relief Defendants.

**ORDER**

This matter is before the court on a review of the docket. On January 13, 2014, Defendant Michael B. Columbia filed an Answer to the Complaint on behalf of Defendant Stonerock Capital Group LLC. (Doc. No. 12.)

It is a "long-standing rule that a corporation must be represented by an attorney to appear in federal court." *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted). A corporation cannot appear through a non-attorney corporate officer appearing *pro se*. *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). Thus, pleadings filed by a non-attorney officer appearing *pro se* are not properly before the court and must be stricken. Accordingly, it is

ORDERED that the Answer of Defendant Stonerock Capital Group LLC (Doc. No. 12) is STRICKEN. Any further documents filed by Defendant Columbia on behalf of Defendant Stonerock Capital Group LLC will be stricken.

Dated this 15th day of May, 2014.

BY THE COURT:

_____
Kathleen M Tafoya
United States Magistrate Judge