IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  13-cv-03363-CMA-KMT

Securities and Exchange Commission,

        Plaintiff,

v.

Daniel Dirk Coddington, et al.

        Defendants.

---

ORDER GRANTING LEAVE TO TAKE DEPOSITION OF MICHAEL COLUMBIA

---

Plaintiff Securities and Exchange Commission has moved pursuant to Fed. R. Civ. P. 30(a)(2)(B) for permission for the plaintiff to take the deposition of defendant Michael Columbia, who is incarcerated in the United States Prison at Marion, Illinois. The court finds there is good cause for the deposition and grants the motion.

IT IS ORDERED that plaintiff may take the deposition of Michael Columbia at the United States Prison at Marion, Illinois.

Dated:  August 5, 2015

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge