IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-03363-CMA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DANIEL DIRK CODDINGTON, et al.,

        Defendants.
_____/

## ORDER GRANTING LEAVE TO TAKE DEPOSITION OF SETH BEOKU-BETTS

Defendants Merlyn Curt Geisler, Marshall D. Gunn, Fidelity Asset Services Corp., Geisco FNF and SouthCom Management, LLC (the "SouthCom Defendants"), have moved pursuant to Fed.R.Civ.P. 30(a)(2)(B) for permission for the SouthCom Defendants to take the deposition of Seth Beoku-Betts, who is incarcerated in the D. James Ray Correctional Facility in Folkston, Georgia. The Court finds there is good cause for the deposition and grants the motion.

IT IS ORDERED that the SouthCom Defendants may take the deposition and grants the motion.

Dated: __Oct 27, 2015__

                              BY THE COURT:

                              _____
                              Kathleen M. Tafoya
                              United States Magistrate Judge