IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03363-CMA-KMT | Date: | January 20, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Leslie Hughes |
| | Stephen McKenna |
| Plaintiff, | |
| v. | |
| DANIEL DIRK CODDINGTON, | Jean-Jacque Cabou |
| | Sambo Dul |
| MICHAEL B. COLUMBIA, | No Appearance |
| JESSE W. ERWIN, JR., | Jeff Zimmerman |
| MERLYN CURT GEISLER, | Charles Lembcke (by telephone) |
| MARSHALL D. GUNN, JR., CPA, | George Kokus |
| SETH A. LEYTON, | No Appearance |
| LEWIS P. MALOUF, | Edward Swan |
| EXTREME CAPITAL, LTD., | |
| FIDELITY ASSET SERVICES, CORP., | |
| GEISCO FNF, LLC, | |
| GOLDEN SUMMIT INVESTORS GROUP, LTD., | |
| SOUTHCOM MANAGEMENT, LLC, and | |
| STONEROCK CAPITAL GROUP, LLC, | No Appearance |
| Defendant, and | |
| DANIEL SCOTT CODDINGTON, | Jeffrey Thomas |
| CODDINGTON FAMILY TRUST, | |
| JOANNA I. COLUMBIA ALSO KNOWN AS JOANNA I. ORNOWSKA, | No Appearance |
| VINCENT G. FARRIS, and | No Appearance |
| VINCENT G. FARRIS CO., L.P.A., | |
| Relief Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding indictment filed against Defendants Daniel Dirk Coddington and Jesse Erwin, staying this case pending resolution of the criminal case, fifth amendment rights, and discovery.

Court states its findings and conclusions.

**ORDERED:   Coddington Defendants' Joint Expediated Motion for Stay of Proceedings or, in the Alternative, Protective Order [164] is GRANTED, as stated on record. Discovery is STAYED, pending further Court order.**

**ORDERED:   Defendants' Motion to Stay Further Briefing and Consideration of Plaintiff's Motion to Quash Coddington Defendants' Notice of Rule 30(b)(6) Deposition of the Securities and Exchange Commission and for Protective Order or, in the Alternative, for Extension of Time to Respond [165] is DENIED AS MOOT.**

**ORDERED:   Defendant Jesse Erwin's Motion for Stay of Proceedings [166] is GRANTED, as stated on record. Discovery is STAYED, pending further Court order.**

Plaintiff's Motion to Quash Coddington Defendants' Notice of Rule 30(b)(6) Deposition of the Securities and Exchange Commission and for Protective Order [161] remains pending.

The parties are permitted to continue with settlement discussions.

**ORDERED:   The parties shall file a status report within five days upon resolution of the criminal case against Defendants Daniel Dirk Coddington or Jesse Erwin.**

**2:52 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:19

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.