IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

DANIEL DIRK CODDINGTON,
MICHAEL B. COLUMBIA,
JESSE W. ERWIN, JR.,
MERLYN CURT GEISLER,
MARSHALL D. GUNN, JR., CPA,
SETH A. LEYTON,
LEWIS P. MALOUF,
EXTREME CAPITAL LTD.,
FIDELITY ASSET SERVICES CORP.,
GEISCO FNF, LLC,
GOLDEN SUMMIT INVESTORS GROUP LTD.,
SOUTHCOM MANAGEMENT LLC, and
STONEROCK CAPITAL GROUP LLC,

      Defendants, and

DANIEL SCOTT CODDINGTON,
CODDINGTON FAMILY TRUST,
JOANNA I. COLUMBIA, a/k/a Joanna I. Ornowska,
VINCENT G. FARRIS, and
VINCENT G. FARRIS CO., L.P.A.,

      Relief Defendants.

---

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Unopposed Motion to Dismiss Claims

Against Relief Defendants Vincent G. Farris and Vincent G. Farris Co., L.P.A. of Judge

Christine M. Arguello entered on July 3, 2019, it is

ORDERED that the Commission's Unopposed Motion to Dismiss Claims Against Relief Defendants Vincent G. Farris and Vincent G. Farris Co., L.P.A. is GRANTED.  It is

FURTHER ORDERED that the Order resolves all claims against Relief Defendants Vincent G. Farris and Vincent G. Farris Co., L.P.A. and there is no just reason for delay of entry of final judgment in favor of Defendants Vincent G. Farris and Vincent G. Farris Co., L.P.A. and against Plaintiff Securities and Exchange Commission.

DATED at Denver, Colorado this __3rd__ day of July, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk