IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DANIEL DIRK CODDINGTON,
JESSE W. ERWIN, JR.,
MERLYN CURT GEISLER,
MARSHALL D. GUNN, JR., CPA,
SETH A. LEYTON,
LEWIS P. MALOUF,
EXTREME CAPITAL LTD.,
FIDELITY ASSET SERVICES CORP.,
GEISCO FNF, LLC,
GOLDEN SUMMIT INVESTORS GROUP LTD.,
SOUTHCOM MANAGEMENT LLC,
STONEROCK CAPITAL GROUP LLC,

    Defendants and

DANIEL SCOTT CODDINGTON,
CODDINGTON FAMILY TRUST, and
JOANNA I. COLUMBIA a/k/a Joanna I Ornowska,

    Relief Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff Securities and Exchange Commission's ("SEC") Motions to Dismiss Claims Against Defendants SouthCom Management LLC, Fidelity Asset Services Corp., Geisco FNF, LLC, Daniel Dirk Coddington, Golden

Summit Investors Group Ltd., and Extreme Capital Ltd. (Doc. # 223) entered by United States District Judge Christine M. Arguello, on June 29, 2020, it is

ORDERED that the SEC's Motion to Dismiss Claims against Defendants Daniel Dirk Coddington, Golden Summit Investors Group Ltd. and Extreme Capital Ltd. (Doc. # 220) and Unopposed SEC's Motion to Dismiss Claims against Defendants SouthCom Management LLC, Fidelity Asset Services Corp. and Geisco FNF, LLC (Doc. # 219) are hereby GRANTED.  It is

FURTHER ORDERED that this Order resolves all claims against Defendants SouthCom Management LLC, Fidelity Asset Services Corp., Geisco FNF, LLC, Daniel Dirk Coddington, Golden Summit Investors Group Ltd., and Extreme Capital Ltd.  It is

FURTHER ORDERED that final judgment is entered as to these six Defendants, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, forthwith and without further notice.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of SouthCom Management LLC, Fidelity Asset Services Corp., Geisco FNF, LLC, Daniel Dirk Coddington, Golden Summit Investors Group Ltd., and Extreme Capital Ltd. as defendants in this case.

DATED:  June 29, 2020.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:   s/S. West
        S. West, Deputy Clerk