# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

 Plaintiff,

v.

JESSE W. ERWIN, JR.,
SETH A. LEYTON,
LEWIS P. MALOUF,
STONEROCK CAPITAL GROUP LLC,

 Defendants, and

DANIEL SCOTT CODDINGTON,
CODDINGTON FAMILY TRUST, and
JOANNA I. COLUMBIA, a/k/a Joanna I Ornowska,

 Relief Defendants.

## FINAL JUDGMENT

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order Granting Motion to Dismiss Claims Against Stonerock Capital Group LLC and Joanna I. Columbia (Doc. # 243) entered by United States District Judge Christine M. Arguello, on September 15, 2020, it is

 ORDERED that the SEC's claims against Defendant Stonerock Capital Group LLC and Relief Defendant Joanna Columbia are hereby DISMISSED.  It is

 FURTHER ORDERED that final judgment is entered as to Defendant Stonerock Capital Group LLC and Relief Defendant Joanna Columbia pursuant to Rule 54(b).

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Stonerock Capital Group LLC and Joanna Columbia as Defendants in this case.

DATED: September 15, 2020.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk


        By:    s/S. West
                S. West, Deputy Clerk