IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JESSE W. ERWIN, JR.,
SETH A. LEYTON, and
LEWIS P. MALOUF,

    Defendants, and

DANIEL SCOTT CODDINGTON, and
CODDINGTON FAMILY TRUST,

    Relief Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Default Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion for Default Judgment as to Defendant Coddington Family Trust (Doc. # 281) of the Honorable Judge Christine M. Arguello entered on December 11, 2020, it is

ORDERED that the SEC's Motion for Default Judgment against Coddington Family Trust (Doc. # 248) is GRANTED.  It is

FURTHER ORDERED that Relief Defendant Coddington Family Trust is liable for disgorgement of $1,591,962.79, representing net ill-gotten funds received as a result of

the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $665,220.36, for a total of $2,256,765.35.  It is

FURTHER ORDERED that Coddington Family Trust shall satisfy this obligation by paying $2,256,765.35 to the Securities and Exchange Commission within 30 days after entry of the Final Judgment.  It is

FURTHER ORDERED that Coddington Family Trust may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Coddington Family Trust may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Coddington Family Trust as a relief defendant in this action; and specifying that payment is made pursuant to the Final Judgment.  It is

FURTHER ORDERED that Coddington Family Trust shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Coddington Family Trust relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Coddington Family Trust.  It is

2

FURTHER ORDERED that the Commission shall hold the funds (collectively, the "Fund") until further order of this Court. The SEC may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.  It is

FURTHER ORDERED that the Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of the Final Judgment.  It is

FURTHER ORDERED that Coddington Family Trust shall pay post-judgment interest on any amounts due after 30 days of entry of the Final Judgment pursuant to 28 U.S.C. § 1961.  It is

FURTHER ORDERED that final judgment is entered in favor of the SEC and against Coddington Family Trust in the amount of $2,256,765.35 forthwith and without further notice.  It is

FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the Final Judgment.

DATED:  December 11, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/    S. West, Deputy Clerk