IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JESSE W. ERWIN, JR.,
SETH A. LEYTON, and
LEWIS P. MALOUF,

    Defendants, and

DANIEL SCOTT CODDINGTON, and
CODDINGTON FAMILY TRUST,

    Relief Defendants.

---

**ORDER AMENDING DECEMBER 11, 2020 OPINION AND ORDER
GRANTING MOTION FOR DEFAULT JUDGMENT AS TO
DEFENDANT CODDINGTON FAMILY TRUST**

---

    This matter is before the Court on Plaintiff Securities and Exchange Commission's ("SEC") Motion to Correct Default Judgment as to Coddington Family Trust under Fed. R. Civ. P. 60(b). (Doc. # 285.) Therein, the SEC moves this Court to correct an error in the total amount of disgorgement and prejudgment interest ordered in the Court's December 11, 2020 Opinion and Order Granting Motion for Default Judgment as to Defendant Coddington Trust (Doc. # 281) ("December 11, 2020 Order") and the Default Judgment entered against Coddington Family Trust (Doc. # 282). The

1

December 11, 2020 Order at pages 8, 9, and 11, and Default Judgment at pages 2 and 3 incorrectly listed the total amount of disgorgement and prejudgment interest as $2,256,765.35 rather than the correct amount of $2,257,183.15. For good cause shown, the SEC's Motion to Correct Default Judgment as to Coddington Family Trust (Doc. # 285) is GRANTED. It is

FURTHER ORDERED that the Court's December 11, 2020 Order is hereby AMENDED at pages 8, 9, and 11 to substitute the correct amount of $2,257,183.15 for any amount listed as $2,256,765.35. It is

FURTHER ORDERED that the Clerk of Court shall enter an Amended Default Judgment that corrects the total amounts on pages 2 and 3 to be $2,257,183.15.

DATED: December 16, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge