IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03363-CMA-KMT

SECRUTIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JESSE W. ERWIN, JR., and
LEWIS P. MALOUF,

    Defendants,

DANIEL SCOTT CODDINGTON,

    Relief Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment Against Defendant Jesse W. Erwin, Jr. (Doc. # 291) entered by Judge Christine M. Arguello on July 29, 2021, it is

ORDERED that Plaintiff's Motion for Summary Judgment Against Jesse W. Erwin, Jr. (Doc. #240) is GRANTED.  It is

FURTHER ORDERED that summary judgment shall enter in favor of Plaintiff Securities and Exchange Commission and against Defendant Jesse W. Erwin, Jr., on Plaintiff's Second Claim for Relief for fraud in violation of Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a), and Plaintiff's Third Claim for Relief for fraud in violation of

Section 10(b) and Rule 10b-5 of the Exchange Act, 15 U.S.C. § 78j(b) and 17 C.R.R. § 240.10b-5.  It is

FURTHER ORDERED that Mr. Erwin is hereby ENJOINED from further violations of the securities laws.  It is

FURTHER ORDERED that Mr. Erwin is ORDERED to pay $1,452,409.62 in disgorgement and $554,222.27 in prejudgment interest, but this obligation is subsumed within Mr. Erwin's existing restitution obligation in the related criminal action --- *United States v. Erwin*, Case No. 15-cr-000383-RBJ-2.

DATED:      July 29, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/S. West
   S. West, Deputy Clerk