IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JESSE W. ERWIN, JR. and
LEWIS P. MALOUF,

    Defendants,

DANIEL SCOTT CODDINGTON,

    Relief Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment Against Defendant Lewis P. Malouf (Doc. # 297) of Judge Christine M. Arguello entered on August 25, 2021, it is

ORDERED that Lewis P. Malouf's Objections to the Securities and Exchange Commission's Appendix of Exhibits Submitted in Support of its Motion for Summary Judgment (Doc. # 261) is OVERRULED. It is

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment Against Lewis P. Malouf (Doc. # 249) is GRANTED. It is

FURTHER ORDERED that summary judgment shall enter in favor of Plaintiff Securities and Exchange Commission and against Defendant Lewis P. Malouf on Plaintiff's First Claim for Relief for engaging in the unregistered offer and sale of securities in violation of Sections 5(a) and (c) of the Securities Act; it's Second and Third Claims for Relief for securities fraud in violation of Section 17(a) of the Securities Act and Section 10(b) of the Exchange Act and Rule 10b-5 thereunder; and its Fourth Claim for Relief for acting as an unregistered broker/dealer in violation of Section 15(a) of the Securities Act.  It is

FURTHER ORDERED that Mr. Malouf is to pay $76,584.00 in disgorgement, $29,313.63 in prejudgment interest, and a third-tier civil penalty of $76,584.00, totaling $182,481.63.  It is

FURTHER ORDERED that judgment shall enter against Mr. Malouf in the amount of $182,481.63.

DATED:  August 25, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/S. West, Deputy Clerk