**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03363-CMA-KMT

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JESSE W. ERWIN JR.,

      Defendant, and,

DANIEL SCOTT CODDINGTON,

      Relief Defendant.

---

**FINAL JUDGMENT AS TO DANIEL SCOTT CODDINGTON**
_____

      In accordance with the orders filed during the pendency of this case, the following Final Judgment as to Relief Defendant Daniel Scott Coddington ("Scott Coddington") is hereby entered.

      Pursuant to this Court's Findings of Fact and Conclusions of Law as to Daniel Scott Coddington (Doc. # 325) entered on June 8, 2022, and the Order Granting in Part and Denying in Parth Both Plaintiff's Motion for Summary Judgment against Relief Defendant Daniel Scott Coddington and Relief Defendant Coddinton's Motion for Summary Judgment entered on August 10, 2021 (Doc. # 293), it is

      ORDERED that Plaintiff's Motion for Order to Calculate Prejudgment Interest and Enter Final Judgment Against Scott Coddington (Doc. # 326) is GRANTED. It is

      HEREBY ORDERED, ADJUDGED, AND DECREED that Scott Coddington is liable for disgorgement of $202,738.57, representing net profits gained as a result of

1

conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $78,282.01, for a total of $281,020.58.  Scott Coddington shall satisfy this obligation by paying $281,020.58 to the Securities and Exchange Commission (the "Commission") within 30 days after entry of the Final Judgment. It is

FURTHER ORDERED that Scott Coddington may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Scott Coddington may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court, Scott Coddington as a relief defendant in this action, and specifying that payment is made pursuant to the Final Judgment. It is

FURTHER ORDERED that Scott Coddington shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendant Scott Coddington relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant Scott Coddington.  It is

FURTHER ORDERED that the Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized

2

by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of the Final Judgment.  It is

FURTHER ORDERED that Relief Defendant Scott Coddington shall pay post judgment interest on any amounts due after 30 days of entry of this Final Judgment pursuant to 28 U.S.C. § 1961. It is

FURTHER ORDERED that the Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.  The Commission may propose a plan to distribute the Fund subject to the Court's approval.  Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002.  The Court shall retain jurisdiction over the administration of any distribution of the Fund and the Fund may only be disbursed pursuant to an Order of the Court.   It is

FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

The Clerk of Court is directed to close this case.

DATED:  June 22, 2022.


BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

3